# U.S. District Court Eastern District of Kentucky

# *Civil Case Assignment*

Case number **2:15-CV-155**

Assigned : Judge David L. Bunning
Judge Code : 4315

Assigned on 08/25/2015

Request New Judge