# Super PACs will spend millions in fight for Ky House

**POLITICS**  Tom Loftus, @TomLoftus_CJ   3:55 p.m. EDT October 31, 2014



(Photo: C-J file photo)

Outside groups are pouring big money into the high stakes elections for state representative, and the money is impossible to track comprehensively.

Requirements for reporting contributions and spending for these super PACs differ depending on how the group describes itself, what government agency it registers with, and how it phrases its advertising.

With that caveat, here's a late look at what I could learn as of mid-day Friday about the activities 13 outside groups – seven of which want you to vote for Republicans for the Kentucky House, six of which want you to vote for Democrats.

**Republican outside groups**

**Republican State Leadership Committee** is a large, national Republican political fund aimed at winning Republican seats in state legislatures. And it has made winning the Kentucky House a priority.

It gets its money from corporations and Republican donors across the country and reports it has filed with the Internal Revenue Services show it's raised very little from Kentucky in recent months.

So far it has reported to the Kentucky Registry of Election Finance spending $260,000 in Kentucky this fall – all negative advertising and phone calls opposing these Democratic House candidates: Johnny Bell, Will Coursey, Gerald Watkins, Linda Belcher, Russ Meyer, Terry Mills, Jimmie Lee, Kent Stevens and Tom McKee.

I suspect it will finally report spending much more because it spent much more two years ago when the stakes in House races were lower. Jill Bader, spokeswoman for RSLC, declined to say how much the group would spend in Kentucky this year.

**New Direction Kentucky**, of Louisville, is a Republican super PAC created by Louisville developer Hal Heiner, who is running for governor in 2016.

This super PAC has reported raising $252,500 – mostly in a few big contributions from wealthy Kentucky Republican donors: David Jones Sr., Louisville, $50,000; Hal Heiner, Louisville, Capstone Realty/developer, $50,000; First Southern Funding, Stanford, $50,000; Cumberland Lake Shell, Somerset, $50,000; John Schnatter, Anchorage, Papa John's, $25,000.

This super PAC has reported spending its money on mailings to defeat Democratic House candidates Kent Stevens, Russ Meyer, Dean Shamore, Gerald Watkins, Richard Henderson, Jim Glenn and Will Coursey. It has spent money on radio ads for their Republican opponents James Tipton, Jonah Mitchell, Alan Claypool, Randy Bridges, David Hale, Alan Braden and Keith Travis.

**Americans for Prosperity**, the Kentucky chapter of a big national organization founded with financial support of billionaire businessmen David and Charles Koch.

It is the sort of group that runs ads that people think are campaign ads, but lawyers say are not because they don't expressly advocate the election or defeat of any candidate. (A radio ad running heavily in the Louisville market urges you to thank Republican House candidates Kevin Bratcher and David Floyd, but – if you listen carefully – actually doesn't ask you to vote for them.)

The disclosure requirements of such groups are slim. I could find nothing with the FEC or Kentucky Registry of Election Finance showing how much they are spending in Kentucky or who contributed the money.

**Ameri GOP,** of Boone County, is a Republican super PAC, has reported contributions of $110,225.

It's gotten most of its contributions from in-state corporations and people including these contributions: Blue Star Inc., Hebron, $15,000; Peter Wenzel, Edgewood, president General Data Co., $10,000; Richard Knock, Union, Union, Knock Industries, $10,000; Henry Fischer, Crestview Hills, president of Fischer Homes, $5,000; Emerald International, Florence, $5,000; Forcht Group, Lexington, $5,000.

Spending so far: About $50,000 on mailings to defeat incumbent Democratic Reps. Tom McKee, Johnny Bell and Terry Mills.

**Kentucky Rise PAC,** of Louisville, is a federal PAC registered with the Federal Election Commission created by former U.S. Ambassador to Latvia Cathy

Bailey.

It has reported raising just over $100,000 through the end of September. Each of the following people have given $5,000 to Kentucky Rise: Cathy Bailey; Irving Bailey, Palm Beach, Fla., Bailey Capitol Corp. owner; Eileen Brown, Harrods Creek, housewife; J. McCauley Brown, Harrods Creek, Brown-Forman vice president; Terry Forcht, Corbin, Forcht Group; Alfred Hoffman, North Palm Beach, Fla., developer; Dawn Hoffman, North Palm Beach, homemaker; Roy McMahan, Harrods Creek, McMahan Group, real estate; Mary Ellen Stottman, Harrods Creek, retired; Richard Stottman, Harrods Creek, retired; Keith Williams, Louisville, Semonin Realtors; Jean Frazier, Prospect, HFH Inc.; Bill Butler, Covington, Corporex; David Jones, Louisville, retired; Betty Jones, Louisville; Christine Toretti, Indiana, Pa., Pallasio LLC.

It has reported no independent campaign activity so far. Rather, it makes direct contributions to Republican candidates in the state. So far it has contributed $1,000 each to the campaigns of 36 Republicans running for state representative plus $5,000 to the Kentucky House Republican caucus political fund.

**Next Generation Leadership,** Crescent Springs, is a Republican super PAC that has been largely funded with a $100,000 donation from Churchill Downs early this year. It also has received contributions of $25,000 from Bowling Green trial lawyer J. Marshall Hughes, and $20,000 from Florida businessman George Bushong, who is originally from Tompkinsville.

So far this fall it has reported spending $33,809 on mailings opposing Democratic candidates for state representative Jimmie Lee, Russ Meyer and Jim Gooch.

**GOPAC,** of Arlington, Va., a Republican PAC has reported spending $25,000 for the re-election of Rep. Ryan Quarles, R-Georgetown.

**Democratic outside groups:**

**Kentucky Family Values** is the big Democratic super PAC in Kentucky. It reported recently it had raised more than $2 million for this fall's elections.

It gets the vast majority of its money from teachers unions and organized labor. It's largest contributors this year: Better Schools Kentucky (the PAC of the Jefferson County Teachers Association) $400,000; UFCW (food and commercial workers), Washington, $136,000; KEPAC (the PAC of the Kentucky Education Association), $100,000; IBEW, Washington, $80,000; AFSCME, Washington, $50,000; Sheet Metal Workers, Washington, $50,000; United Association (Plumbers and Pipefitters union) , Annapolis, Md., $50,000; IUPAT, Hanover, Md., $30,000; Kentucky Association of Highway Contractors, Frankfort, $27,000.

It's reported spending $807,538 as of mid-October on mail, digital advertising, phone calls and radio. But as of Thursday had not filed any reports with the Kentucky Registry of Election finance itemizing details of which races it is spending its money on.

Auditors with the election registry sent Kentucky Family Values a letter earlier this months saying that if it has spent money advocating particular candidates it must file reports detailing those expenses and listing the candidates it is supporting or attacking.

**USW Works,** of Pittsburgh, is the Super PAC of the United Steelworkers.

It has reported spending $257,400 so far this campaign. Reports it's filed with the election registry show that it has spent $42,900 each on campaign material supporting six Democrats for the Kentucky House: James Kay, Linda Belcher, Ashley Miller, Jeff Greer, Jim Glenn and Dean Shamore.

**Kentuckians for Economic Development,** Louisville, is a recently formed Democratic super PAC, that's received just one contribution – but it was a big one: $100,000 on Oct. 9 from the Democratic Legislative Campaign Committee, of Washington.

Kentuckians for Economic Development reported one significant expense in the period - $14,148 for a "Radio Media Buy" but records its filed do not yet show who the ads support or attack.

**New Power PAC,** of London, is -- so far at least - a small Democratic group which has spent $5,235 on mailings to support Democratic candidates for state representative Jim Wayne, Rita Smart and Ashley Miller.

**Working America,** of Washington, is the "community affiliate" of the AFL-CIO. It has been canvassing door-to-door and has reported hundreds and hundreds of small expenses with the Kentucky Registry of Election Finance on behalf of the election of Democrats to the Kentucky House and opposition to election of Republicans for the Kentucky House. But the group has not filed any records with the state totaling how much it has spent.

Matt Morrison, political director for Working America, said, "We're focused on state House races and the U.S. Senate contest." Morrison said the organization's canvasses have spoken with 43,806 individuals since work began in August.

He did not immediately know how much money Working America would spend in Kentucky this fall

**Worker's Voice**, also of Washington, and the super-PAC of the AFL-CIO, has also reported lots of small expenses in races for the Kentucky House, but the total spending has not been reported.

Read or Share this story: http://cjky.it/1wOR28y

**TOP VIDEOS**



(/videos/news/42820472001/4439609945001)

**Video | St. Margaret Mary priest arrested in Florida (/videos/news/42820472001/4439609945001)**
02:14



**Video | Rand Paul on the stump for Matt Bevin (/videos/news/42820472001/4439609943001)**
00:24

(/videos/news/42820472001/4439609943001)

**Video | Protesters outside Louisville's Planned Parenthood (/videos/news/42820472001**

(/videos

**MORE STORIES**



**Ky State Fair changing, but staples remain (/story/life/events/statefair/2015/08/14/kentucky-state-fair-changes/31703985/)**