## **VERIFICATION**

      Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the facts contained within the foregoing Complaint are true and correct to the best of my knowledge and belief.

Executed on __8/24/2015__ .  _____
                                                      John Schickel