UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (Covington)

*ELECTRONICALLY FILED*

**JOHN SCHICKEL, Kentucky State Senator, et al.**                                    **PLAINTIFFS**

v.                                                         CIVIL ACTION NO. 2:15-CV-155-DLB-JGW

**CRAIG C. DILGER, Chairman, Kentucky**
**Registry of Election Finance, in his official capacity; et al.**            **DEFENDANTS**

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to LR 7.1(b), by agreement of the parties, the undersigned attorneys respectfully request this Court to grant Defendants up to and including Tuesday, October 6, 2015 to file an Answer to the Complaint.

A proposed Order is tendered for the Court's consideration.

Respectfully submitted,

/s/ Emily Dennis
Emily Dennis
General Counsel
Kentucky Registry of Election Finance
140 Walnut Street
Frankfort, Kentucky 40601
(502) 573-2226 (phone)
(502) 573-5622 (fax)
Emily.Dennis@ky.gov
*COUNSEL FOR DEFENDANTS*

/s/ Christopher Wiest (by ed with permission)
Christopher Wiest
Chris Wiest, Attorney at Law, PLLC
25 Town Center Boulevard, Suite 104
Crestview Hills, Kentucky 41017
(859) 486-6850 (phone)
(859) 495-0803 (fax)
chris@cweiestlaw.com
*COUNSEL FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2015, I electronically filed the foregoing document with the Court by using the CM/EFC system, which will send a notice of electronic filing to the Hon. Paul J. Darpel [email address: pauljdarpel@msn.com]; Hon. Robert A. Winter, Jr. [email address: robertawinterjr@gmail.com]; Hon Jack S. Gatlin [email address: jgatlin@ffalaw.com]; and Thomas B. Bruns [email address: tbruns@ffalaw.com], and further notified the following named Defendants, George C. Troutman, Elmer George, Deborah Jo Durr, Norma Scott, Charles R. Borders, Bob Fulkerson, Pat Friebert, Henry Stephens, Paul D. Gudgel, and Anthony M. Wilhoit, Kentucky Legislative Ethics Commission, 22 Mill Creek Park, Frankfort, Kentucky; and the Hon. Jack Conway, Kentucky Attorney General, Office of the Attorney General, 700 Capitol Avenue, Suite 118, Frankfort, Kentucky 40601-3449, by copy sent via first class mail, postage pre-paid.

/s/Emily Dennis
Emily Dennis
*COUNSEL FOR DEFENDANTS*