UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (Covington)

*ELECTRONICALLY FILED*

**JOHN SCHICKEL, Kentucky State Senator, et al.**               **PLAINTIFFS**

**v.**                    **CIVIL ACTION NO. 2:15-CV-155-DLB-JGW**

**CRAIG C. DILGER, Chairman, Kentucky
Registry of Election Finance, in his official capacity; et al.**     **DEFENDANTS**

**ORDER**

The parties, by agreement pursuant to LR 7.1(b), have filed a Joint Motion for Extension of Time requesting this Court to grant Defendants up to and including October 6, 2015 to file an Answer to the Complaint.

The Court, having considered the motion, hereby GRANTS the motion. As agreed to by the parties, Defendants' Counsel shall have up to and including October 6, 2015 to file an Answer to the Complaint.

DATED: