**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

| | |
|---|---|
| SEN. JOHN SCHICKEL, in his personal and official capacities, et al., | )<br>)<br>) |
| Plaintiffs, | ) Case No. 2:15-cv-0155-WOB-JGW |
| v. | )<br>) |
| CRAIG C. DILGER, in his official capacity as Chair and Member, Kentucky Registry of Election Finance, et al., | )<br>)<br>)<br>) |
| Defendants | ) |

**NOTICE OF FILING OF DEPOSITION OF THE KENTUCKY LEGISLATIVE ETHICS COMMISSION (JOHN SCHAAF 30(B)(6) WITNESS)**

Plaintiffs, by and through counsel, hereby give notice of the filing of the deposition of the Kentucky Legislative Ethics Commission (John Schaaf, 30(B)(6) witness).

Respectfully submitted,

/s/ Christopher Wiest
Christopher Wiest (KBA 90725)
Robert A. Winter, Jr.
Paul Darpel
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
859/486-6850 (v)
513/257-1895 (c)
859/495-0803 (f)
chris@cwiestlaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I have sent a copy of the foregoing to the Defendants via filing with the Court's CM/ECF system, which will give notice to all parties, this 3 day of June, 2016.

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)
