# Recommended Changes To The Kentucky Code of Legislative Ethics



## A Report Presented To The Legislative Research Commission By The Kentucky Legislative Ethics Commission

### July 1, 2013



EXHIBIT 35

KREF000044



**_Kentucky Legislative Ethics_**
**_Commission Members_**
George C. Troutman, Chairman
Pat Freibert, Vice-Chair

Paul Gudgel
Norma Scott
Deborah Jo Durr

Bob Fulkerson
David Barber
Vernie McGaha

**_Commission Staff_**

Anthony Wilhoit, Executive Director
Donnita Crittenden, Principal Assistant
Connie Evans, Staff Assistant
John Schaaf, Counsel

22 Mill Creek Park
Frankfort, Kentucky 40601
Telephone: (502) 573-2863
Fax: (502) 573-2929
http://klec.ky.gov

KREF000045

July 1, 2013

Legislative Research Commission
State Capitol, Room 300
700 Capitol Avenue
Frankfort, Kentucky  40601

Dear Members of the Legislative Research Commission:

    Enclosed are the recommendations for changes to the Code of Legislative Ethics.

    These recommendations are identical to those submitted to you last year.  Based on our experience in dealing with the Code, we believe the enactment of them would be very beneficial to furthering its purpose as set for in KRS 6.606.

    We appreciate your willingness to consider these recommendations as well as the past support which the Commission has received from the General Assembly and its leadership.

Sincerely,

George C. Troutman
Chairman

# Recommended Changes To The Kentucky Code of Legislative Ethics

## Lobbyist and employer spending on legislators and candidates

1. **Recommendation:** Repeal the provision allowing each lobbyist and employer to spend up to $100 annually on food and beverages for each legislator and his or her immediate family, and prohibit lobbyists and their employers from paying for out-of-state travel, food, or lodging expenses for legislators or candidates.

    *Lobbyists and employers of lobbyists could continue to sponsor events to which groups of legislators are invited, but could not purchase meals or beverages for individual legislators or members of a legislator's immediate family. Current law permits a legislator, with the approval the Senate President or House Speaker, to accept transportation, food, beverages, and lodging for an out-of-state event, and those expenses may be paid for by a lobbyist or employer of lobbyists.*

2. **Recommendation:** Treat candidates in the same manner as legislators by limiting the interaction between lobbyists and candidates who have filed to run for election to the Kentucky General Assembly.

    *Currently, lobbyists and employers are not prohibited from giving "anything of value" to a candidate, or from spending more than $100 a calendar year on food and beverages on a candidate, but they are prohibited from giving "anything of value" or spending more than $100 per year on members of the General Assembly.*

KREF000047

## Campaign Contributions from Lobbyists and Employers of Lobbyists

3. **Recommendation:** Prohibit employers of lobbyists and political action committees from making a campaign contribution to a legislative candidate or a legislator during a regular session of the General Assembly. Allow candidate or legislator to return such a contribution within 30 days after the contribution is required to be reported to the Registry of Election Finance. Prohibit lobbyists from directly soliciting contributions for an election campaign of a legislator or legislative candidate.

## Reporting Advertising Costs as Lobbying

4. **Recommendation:** Require reporting of the cost of advertising which appears during a session of the General Assembly, and which supports or opposes legislation, if the cost is paid by an employer of legislative agents, or a person affiliated with an employer.

## Complaint Process

5. **Recommendation:** Authorize the Legislative Ethics Commission to dismiss a complaint without prejudice if the complaint or preliminary inquiry is publicly disclosed by the complainant, or the complainant comments publicly about the complaint.

*This would address the problem of a complaint being filed in an election campaign, where a complainant may be attempting to use the complaint process for political purposes.*