

# STATEMENT-OF-CANDIDACY

(Independent candidates or candidates of political groups/organizations required to file with the Secretary of State or county clerk other than Governor/Lt. Governor)

I, David Watson
(Name of Candidate)

reside at 4475 Oak Level Rd
(Residential Address)

Benton, KY 42025
(City, State, Zip), do hereby state my desire

to become a candidate for the office of State Representative

district 6 (if applicable) of the political group/organization known as Libertarian Party of Kentucky

or as an independent candidate under the provisions of KRS 118.367.

I do further declare that I am aware that ballot access is obtained by filing a petition of nomination and that the filing of petitions of nominations for independent candidates shall not be accepted by the Secretary of State or the county clerk, if the candidate has not filed a Statement-of-Candidacy form. KRS 118.365(5)

_____
(Signature of Candidate)

The deadline for filing a Statement-of-Candidacy form is **not later than April 1** preceding the day fixed by law for holding of general elections for the offices sought and may be filed no earlier than the first Wednesday after the first Monday in November of the year preceding the year in which the office will appear on the ballot. KRS 118.367

Petitions of nomination shall be filed as required with the Secretary of State or county clerk **not later than the second Tuesday in August** preceding the day fixed by law for the holding of general elections for the offices sought and may be filed no earlier than the first Wednesday after the first Monday in November of the year preceding the year in which the offices will appear on the ballot. KRS 118.365(5)

SBE 59A (04/05)



White copy:   Filing officer
Canary copy:  State Board of Elections
Pink copy:    Candidate



EXHIBIT 37