**KENTUCKY REGISTRY OF ELECTION FINANCE**
140 Walnut Street
Frankfort, Kentucky 40601
(502) 573-2226 / Fax (502) 573-5622
www.kref.ky.gov

## APPOINTMENT OF CAMPAIGN TREASURER AND OPTIONAL REQUEST FOR REPORTING EXEMPTION

This Space for Filing Officer Use Only

This Space for Registry Use Only

If not date stamped, complete the following. Form filed with:
☐ Secretary of State **or**
☐ County Clerk _____
Name of County
on _____ (Date Filed)

FN_____ By____ Date_____

### SECTION 1. CANDIDATE INFORMATION (Please type or print)

Name of Candidate (as will appear on ballot): **David Watson**
County of Candidate's Residence: **Marshall**
Candidate's Mailing Address: **4475 Oak Level Rd**
City: **Benton**  State: **KY**  Zip Code: **42025**
Candidate's Telephone Number: 270-889-7574
Candidate's Alternate Telephone Number: 270-883-2837
Candidate's Date of Birth: **29 March 1977**
Optional - Additional Methods of Contact: **davidwatsonforkyhouse@gmail.com**

### SECTION 2. ELECTION INFORMATION

Date of Election: **11/08/2016**
Type of Election: ___ Primary Nomination   X General Election   ___ Special Election or Election to Fill Unexpired Term
Is Candidate the Incumbent for This Office? ___Yes  X No
Is Candidate Filing as a Write-In Candidate? ___Yes  X No
Office Sought: **State Representative**
Jurisdiction of Office Sought: **6th District KY House**
This Race is: X Partisan  ___ Non-Partisan
If Partisan Race, Indicate Candidate's Designation on the Ballot: ___Democrat  ___Republican  ___Independent  X Other (Specify) **Libertarian**

### SECTION 3. TREASURER AND DEPOSITORY INFORMATION

Name of Treasurer: **Cyrus Eckenberg**
Treasurer's Mailing Address: **2434 Lynnwood Dr**
City: **Paducah**  State: **KY**  Zip Code: **42001**
Treasurer's Telephone Number: (270) 681-0707
Treasurer's Alternate Telephone Number: 270-217-2499
Name of Financial Institution Intended for Use as Campaign Depository: **US Bank**
Address of Financial Institution: **333 Broadway Street, Paducah, KY. 42001**

### SECTION 4. OPTIONAL REQUEST FOR REPORTING EXEMPTION PURSUANT TO KRS 121.180(1)

**I am not requesting a reporting exemption.** I intend to file all campaign finance reports. I understand that I will have campaign finance reports due 32 and 15 days before the election(s) and 30 days after the election(s). This is my intent for the: (Check One)

X Primary and General Elections   ___ Primary Election Only   ___ General Election Only

**EXEMPTION OPTION A. I expect to raise and spend $3,000 or less** during each election as indicated below which entitles me to request an exemption from all pre-election reporting. I understand that I will have one campaign finance report due no later than 30 days after the election indicated unless my campaign exceeds the $3,000 threshold at which time I will immediately begin filing the required campaign finance reports. This is my intent for the: (Check One)

___ Primary and General Elections   ___ Primary Election Only   ___ General Election Only

**EXEMPTION OPTION B. I expect to raise and spend $1,000 or less** during each election as indicated below which entitles me to request a reporting exemption. I understand that I will have no campaign finance reports due for the election(s) indicated unless my campaign exceeds the $1,000 threshold at which time I will immediately begin filing the required campaign finance reports. This is my intent for the: (Check One)

___ Primary and General Elections   ___ Primary Election Only   ___ General Election Only

### SECTION 5. AMENDED INFORMATION, REVOCATION OR CHANGE OF REPORTING EXEMPTION

If using this form to amend candidate, election, treasurer, or depository information, check this box............☐
If using this form to revoke a prior request for exemption and/or to exercise a different option, check this box ........☐
Briefly describe reason for amendment, revocation, or change:

### SECTION 6. VERIFICATION

I certify that I have examined this Appointment of Campaign Treasurer and Optional Request for Reporting Exemption form and to the best of my knowledge and belief it is true, correct, and complete. I understand that submission of false, erroneous, or incomplete information may subject me to the penalties of KRS 121.990.

Candidate's Signature: _/s/ David_   Date: 11/05/2015

**Kentucky** UNBRIDLED SPIRIT

KREF-001 REVISED 05/2005    Filing Officer: Original (white) copy - Attach to Filing Papers    Canary Copy - Send to Registry    Pink Copy - To Candidate



EXHIBIT 38