(2/99)

**HAND DELIVERED**

FEB - 3 2016

## KENTUCKY LEGISLATIVE ETHICS COMMISSION

### STATEMENT OF FINANCIAL DISCLOSURE (KRS 6.787)

*To be filed by: All members of the General Assembly, all candidates and nominees for election to the General Assembly, and major management personnel in the legislative branch of state government.*

☐ Check here and attach additional sheets if necessary. _____ Number of sheets attached.

**Please Include The Following Information For The Preceding Calendar Year:**

Name  Gregory D. Stumbo
Business address  P.O. Box 1473; Prestonsburg, KY  41653
Business telephone  (606) 886-9953
Home address  Kassidy Drive, Prestonsburg, KY  41653
Title of public position, or office sought  State Representative, 95th District
Other occupations of filer  Attorney
Occupations of spouse  The Stumbo Family Foundation; Director. Position is unpaid; spouse received no compensation for work.

*NOTE: The Following Sections Do Not Require Disclosure Of Specific Dollar Amounts.*

Positions held by filer in any business, partnership, corporation for profit, or corporation not for profit from which the filer receives compensation, and the name of the business, partnership, or corporation  Director, First Guaranty Bank, Martin, KY; President, Braveheart Investments.  Attorney, Morgan & Morgan, Attorneys at Law, Prestonsburg, KY & Lexington, KY

Positions held by filer's spouse in any business, partnership, corporation for profit, or corporation not for profit from which the filer receives compensation, and the name of the business, partnership, or corporation  The Stumbo Family Foundation; Director.  Position is unpaid; spouse received no compensation for work.

Names and addresses of all businesses, investments, or securities in which the filer, filer's spouse, or filer's minor children had at any time during the reporting year an interest of $10,000 at fair market value, or 5% ownership interest or more  First Guaranty Bank, Martin, KY; Braveheart Investments (Delaware Corporation); 1839 Bridgestone Way, Lexington, Kentucky 40511; Hilliard-Lyons; Ross Sinclair; 2545 Pascoli Place, Lexington, Kentucky 40511 (see answer below also).

Sources and form of gross income of the filer (list sources by name) Commonwealth of Kentucky; Braveheart Investments; Hillard-Lyons; Ross-Sinclair (income and dividends


EXHIBIT 42

from publically traded stocks and bonds). Dividends First Guaranty Bank; Coal Royalty, Matco Inc. property acquired as part of fee for legal representation, attorney fees associated with contingent fee contracts; Morgan & Morgan, LLC, Kentucky.

Sources and form of gross income of the filer's spouse (list sources by name) Spouse is Director of Stumbo Family Foundation, a non-profit, but receives no salary or compensation for her work.

Positions of a fiduciary nature in a business Director, First Guaranty Bank; President, Braveheart Investments; Attorney, Morgan & Morgan, Attorneys at Law, Lexington KY.

A designation as commercial, residential, or rural, and the location of all real property other than the filer's primary residence, in which there is an interest of $10,000 or more held by the filer, filer's spouse, or filer's minor children 2545 Pascoli Place, Lexington, KY (residential); 1839 Bridgestone, Lexington, KY (residential); 1011 Pinellas Bayway South, Tierra Verde, FL (residential).

Sources of gifts of money or property with a retail value of more than $200 to the filer or the filer's immediate family, except those from a member of the filer's family. (Family means spouse, parent, sibling, child, mother-in-law, father-in-law, son-in-law, daughter-in-law, grandparent, or grandchild. Immediate family means unemancipated child residing in an individual's household, spouse, or a person claimed by the filer's spouse as a dependent for tax purposes.) NA

The name of any creditor owed more than $10,000 **except** debts arising from the purchase of consumer goods. (Goods used or bought for use primarily for personal, family, or household purposes. First Guaranty Bank; Fidelity Mortgage

The name of any legislative agent who is:

1. A member of the filer's immediate family;
2. A partner of the filer, or a partner of a member of the filer's immediate family;
3. An officer or director of the filer's employer;
4. An employer of the filer or an employer of a member of the filer's immediate family;
5. A business associate of the filer or a business associate of a member of the filer's immediate family

NA.

The names of any of the filer's clients who are legislative agents or employers  NA.

If you have held a professional license during the filing period, has a properly licensed partner of yours engaged in the practice of cases or other matters which you are prohibited from practicing under KRS 6.744?   ☐ Yes   **X** No   ☐ Not Applicable

If yes, list the names of the clients represented and list the agencies before which the partner made an appearance. The filer need not identify which client was represented before a specific agency.

<u>Clients</u>

NA.

<u>State Agency</u>

NA.

---

## NOTICES

1. Upon receipt by the Commission, a statement of financial disclosure shall be a public record available for copying.

2. Any person who fails to file a statement of financial disclosure or who fails to remedy a deficiency identified by the Commission in a timely manner may be fined an amount not to exceed $100 per day up to a maximum total fine of $1000.

3. Any person who files a statement of financial interests which they know to contain false information, or to omit required information, shall be guilty of a class A misdemeanor.

2/1/16
Date

Filer: [redacted]

Send completed statements to:   The Kentucky Legislative Ethics Commission
22 Mill Creek Park
Frankfort, Kentucky  40601
FAX (502) 573-2929

If you have questions please call us at (502) 573-2863.