# EXHIBIT A

  



Kentucky Registry of Election Finance

**Search Methods:**

Candidate Searches
- By Name
- By Election Date

Contributor Searches
- To All Recipients
- To Candidate(s)
- To Organization(s)

Other Searches
- Organization
- Office

Annual Report Summaries
- For Political Offices
- For Organizations
- For Special Elections

**Contributor To All Recipients**

| Field | Value |
|---|---|
| Last Name : | |
| First Name : | |
| -- OR -- | |
| Organization Name : | Senate Republican Ca |
| City : | |
| Zip : | |
| Employer : | |
| Occupation : | |
| Contribution Amount | between :           and : |
| Date (mm/dd/yyyy) | between : 01/01/2012   and : 12/31/2012 |
| Contributor Type : | CAUCUS CAMP COMM |
| Contribution Mode : | -- ALL -- |

[Search]  [Clear]

**Kentucky Registry of Election Finance**
140 Walnut Street
Frankfort, Kentucky 40601
Phone: 502.573.2226 FAX: 502.573.5622
Regular Hours of Operation: 8:00 am - 4:30 pm

To return to the Registry's Main Page, click on this link.

**Contribution Total : 291,187.36**  **( 1 - 24 of 24 Shown )**

[SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE](#)
P O BOX 1632
FRANKFORT, KY, 406020000
**Employer :**
**Occupation :**

CAUCUS CAMP COMM IN-KIND Contribution
$689.13 on 05/22/2012
GIVENS, DAVID for
STATE SENATOR - 9TH DISTRICT
**PRIMARY - 05/22/2012**

[SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE](#)
P.O. BOX 1068
FRANKFORT, KY, 40602
**Employer :**
**Occupation :**

CAUCUS CAMP COMM Contribution
$6,717.09 on 09/07/2012
HUMPHRIES, STAN for
STATE SENATOR - 1ST DISTRICT
**GENERAL - 11/06/2012**

[SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE](#)
P O BOX 1632
FRANKFORT, KY, 406020000
**Employer :**
**Occupation :**

CAUCUS CAMP COMM Contribution
$12,266.46 on 09/13/2012
THIENEMAN, CHRIS for
STATE SENATOR - 37TH DISTRICT
**GENERAL - 11/06/2012**

[SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE](#)
P.O. BOX 1068
FRANKFORT, KY, 40602
**Employer :**
**Occupation :**

CAUCUS CAMP COMM Contribution
$6,705.56 on 09/15/2012
HUMPHRIES, STAN for
STATE SENATOR - 1ST DISTRICT
**GENERAL - 11/06/2012**

[SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE](#)
P.O. BOX 1068
FRANKFORT, KY, 40602
**Employer :**
**Occupation :**

CAUCUS CAMP COMM Contribution
$25,000.00 on 09/18/2012
HUMPHRIES, STAN for
STATE SENATOR - 1ST DISTRICT
**GENERAL - 11/06/2012**

[SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE](#)
P.O. BOX 1068
FRANKFORT, KY, 40602
**Employer :**
**Occupation :**

CAUCUS CAMP COMM Contribution
$25,000.00 on 09/18/2012
HUMPHRIES, STAN for
STATE SENATOR - 1ST DISTRICT
**PRIMARY - 05/22/2012**

[SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE](#)
P.O. BOX 1068
FRANKFORT, KY, 40602
**Employer :**
**Occupation :**

CAUCUS CAMP COMM Contribution
$2,329.49 on 09/20/2012
WESTERFIELD, WHITNEY for
STATE SENATOR - 3RD DISTRICT
**GENERAL - 11/06/2012**

[SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE](#)
P O BOX 1632
FRANKFORT, KY, 406020000

CAUCUS CAMP COMM Contribution
$15,000.00 on 09/21/2012
THIENEMAN, CHRIS for

| | |
|---|---|
| **Employer :**<br>**Occupation :** | STATE SENATOR - 37TH DISTRICT<br>**GENERAL - 11/06/2012** |
| SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE<br>P O BOX 1632<br>FRANKFORT, KY, 406020000<br>**Employer :**<br>**Occupation :** | CAUCUS CAMP COMM Contribution $11,989.99 on 09/26/2012<br>THIENEMAN, CHRIS for<br>STATE SENATOR - 37TH DISTRICT<br>**GENERAL - 11/06/2012** |
| SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE<br>P.O. BOX 1068<br>FRANKFORT, KY, 40602<br>**Employer :**<br>**Occupation :** | CAUCUS CAMP COMM Contribution $7,500.00 on 10/03/2012<br>WESTERFIELD, WHITNEY for<br>STATE SENATOR - 3RD DISTRICT<br>**GENERAL - 11/06/2012** |
| SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE<br>P.O. BOX 1068<br>FRANKFORT, KY, 40602<br>**Employer :**<br>**Occupation :** | CAUCUS CAMP COMM Contribution $17,500.00 on 10/12/2012<br>WESTERFIELD, WHITNEY for<br>STATE SENATOR - 3RD DISTRICT<br>**GENERAL - 11/06/2012** |
| SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE<br>P.O. BOX 1068<br>FRANKFORT, KY, 40602<br>**Employer :**<br>**Occupation :** | CAUCUS CAMP COMM Contribution $10,000.00 on 10/12/2012<br>WESTERFIELD, WHITNEY for<br>STATE SENATOR - 3RD DISTRICT<br>**GENERAL - 11/06/2012** |
| SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE<br>P.O. BOX 1068<br>FRANKFORT, KY, 40602<br>**Employer :**<br>**Occupation :** | CAUCUS CAMP COMM Contribution $13,000.00 on 10/17/2012<br>MCDANIEL, CHRISTIAN for<br>STATE SENATOR - 23RD DISTRICT<br>**PRIMARY - 05/22/2012** |
| SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE<br>P.O. BOX 1068<br>FRANKFORT, KY, 40602<br>**Employer :**<br>**Occupation :** | CAUCUS CAMP COMM Contribution $10,000.00 on 10/24/2012<br>ROBINSON, ALBERT for<br>STATE SENATOR - 21ST DISTRICT<br>**GENERAL - 11/06/2012** |
| SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE<br>P.O. BOX 1068<br>FRANKFORT, KY, 40602<br>**Employer :**<br>**Occupation :** | CAUCUS CAMP COMM Contribution $2,000.00 on 10/30/2012<br>ROBINSON, ALBERT for<br>STATE SENATOR - 21ST DISTRICT<br>**GENERAL - 11/06/2012** |
| SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE | CAUCUS CAMP COMM Contribution $15,000.00 on 10/31/2012 |

| | |
|---|---|
| P O BOX 1632<br>FRANKFORT, KY, 406020000<br>**Employer :**<br>**Occupation :** | THIENEMAN, CHRIS for<br>STATE SENATOR - 37TH DISTRICT<br>**GENERAL - 11/06/2012** |
| [SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE](#)<br>P.O. BOX 1068<br>FRANKFORT, KY, 40602<br>**Employer :**<br>**Occupation :** | CAUCUS CAMP COMM IN-KIND Contribution $71.69 on 11/06/2012<br>WESTERFIELD, WHITNEY for<br>STATE SENATOR - 3RD DISTRICT<br>**GENERAL - 11/06/2012** |
| [SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE](#)<br>P O BOX 1632<br>FRANKFORT, KY, 406020000<br>**Employer :**<br>**Occupation :** | CAUCUS CAMP COMM IN-KIND Contribution $628.63 on 11/06/2012<br>THIENEMAN, CHRIS for<br>STATE SENATOR - 37TH DISTRICT<br>**GENERAL - 11/06/2012** |
| [SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE](#)<br>P.O. BOX 1068<br>FRANKFORT, KY, 40602<br>**Employer :**<br>**Occupation :** | CAUCUS CAMP COMM IN-KIND Contribution $2,705.88 on 11/06/2012<br>ROBINSON, ALBERT for<br>STATE SENATOR - 21ST DISTRICT<br>**GENERAL - 11/06/2012** |
| [SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE](#)<br>P.O. BOX 1068<br>FRANKFORT, KY, 40602<br>**Employer :**<br>**Occupation :** | CAUCUS CAMP COMM IN-KIND Contribution $31,381.89 on 11/06/2012<br>ROBINSON, ALBERT for<br>STATE SENATOR - 21ST DISTRICT<br>**GENERAL - 11/06/2012** |
| [SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE](#)<br>P.O. BOX 1068<br>FRANKFORT, KY, 40602<br>**Employer :**<br>**Occupation :** | CAUCUS CAMP COMM IN-KIND Contribution $701.55 on 11/06/2012<br>ROBINSON, ALBERT for<br>STATE SENATOR - 21ST DISTRICT<br>**GENERAL - 11/06/2012** |
| [SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE](#)<br>P.O. BOX 1068<br>FRANKFORT, KY, 40602<br>**Employer :**<br>**Occupation :** | CAUCUS CAMP COMM Contribution $22,500.00 on 11/16/2012<br>GREGORY, SARA for<br>STATE SENATOR - 16TH DISTRICT<br>**SPECIAL - 12/18/2012** |
| [SENATE REPUBLICAN CAUCUS CAMPAIGN COMMITTEE](#)<br>P.O. BOX 1068<br>FRANKFORT, KY, 40602<br>**Employer :**<br>**Occupation :** | CAUCUS CAMP COMM Contribution $2,500.00 on 11/27/2012<br>GREGORY, SARA for<br>STATE SENATOR - 16TH DISTRICT<br>**SPECIAL - 12/18/2012** |

| | |
|---|---|
| [SENATE REPUBLICAN CAUSUC CAMPAIGN COMMITTEE](#)<br>P O BOX 1632<br>FRANKFORT, KY, 406020000<br>**Employer :**<br>**Occupation :** | CAUCUS CAMP COMM Contribution<br>$50,000.00 on 09/21/2012<br>THIENEMAN, CHRIS for<br>STATE SENATOR - 37TH DISTRICT<br>**PRIMARY - 05/22/2012** |