## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| SEN. JOHN SCHICKEL, in his personal and official capacities, et al., ) ) ) | |
| Plaintiffs, ) ) | Case No. 2:15-cv-0155-WOB-JGW |
| v. ) ) | |
| CRAIG C. DILGER, in his official capacity as Chair and Member, Kentucky Registry of Election Finance, et al., ) ) ) ) | |
| Defendants ) | |

## NOTICE OF FILING OF THE DECLARATION WITH EXHIBITS OF THOMAS BRUNELL, PhD

Plaintiffs, by and through counsel, hereby give notice of the filing of the Declaration of Thomas Brunell, PhD, with Exhibits, attached hereto.

Respectfully submitted,

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)
Robert A. Winter, Jr.
Paul Darpel
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
859/486-6850 (v)
513/257-1895 (c)
859/495-0803 (f)
chris@cwiestlaw.com

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that I have sent a copy of the foregoing to the Defendants via filing with the Court's CM/ECF system, which will give notice to all parties, this 23 day of July, 2016.

/s/ Christopher Wiest_____<br>Christopher Wiest (KBA 90725)