Survey 2016-04 Unw Top Lines

**Q1** **Please choose if you agree or disagree with the following statement: If all campaign contributions are reported and publicly available, those contributions will not lead to corruption or its appearance.**
| | |
|---|---:|
| Strongly Agree | 26.71% |
| Somewhat Agree | 27.31% |
| Unsure / Don't know | 25.64% |
| Somewhat Disagree | 7.28% |
| Strongly Disagree | 13.05% |

**Q2** **Contributions to political candidates are limited to $1000 per election, and must be reported and are made publicly transparent on state-operated websites. This information includes the who, what, and how much, regarding these contributions. Do you believe that such reporting and transparency prevents corruption or its appearance?**
| | |
|---|---:|
| Strongly Agree | 34.75% |
| Somewhat Agree | 27.01% |
| Unsure / Don't know | 13.35% |
| Somewhat Disagree | 9.26% |
| Strongly Disagree | 15.63% |

**Q3** **The U.S. Supreme Court's ruling in "Citizen's United" has led to the creation of so-called "SuperPACS." These organizations can raise and spend unlimited amounts to influence elections in Kentucky, without any public reporting of who donates to them or how they spend money. Critics say that this so-called "Dark Money" is causing corruption in politics. Do you believe that "Dark Money" contributes to corruption or its appearance?**
| | |
|---|---:|
| Strongly Agree | 75.87% |
| Somewhat Agree | 10.32% |
| Unsure / Don't know | 7.74% |
| Somewhat Disagree | 1.97% |
| Strongly Disagree | 4.10% |

Survey 2016-04 Unw Top Lines

**Q4** **Some candidates for political office have found that they must spend more money to defend against anonymous attacks from SuperPACs. In Kentucky, candidate donation limits were set over 20 years ago and do not change with inflation. Because of these SuperPACs, some have proposed raising the personal donation limit from $1000 per election to $2,500 per election. These donations would still be reported and made available to the public. Do you believe that increasing this limit to $2500 per election, as long as it continues to be transparent, reported, and available to the public, would not contribute to corruption or its appearance?**

| | |
|---|---:|
| Strongly Agree | 28.22% |
| Somewhat Agree | 30.80% |
| Unsure / Don't know | 15.48% |
| Somewhat Disagree | 10.47% |
| Strongly Disagree | 15.02% |

**Q5** **If a campaign contribution from an interest group, lobbyist, constituent, or any other citizen is reported and the information is publicly available, these contributions will not contribute to corruption or its appearance.**

| | |
|---|---:|
| Strongly Agree | 20.03% |
| Somewhat Agree | 31.11% |
| Unsure / Don't know | 22.00% |
| Somewhat Disagree | 11.84% |
| Strongly Disagree | 15.02% |

**Q6** **Current Kentucky law allows most business executives and most Union leaders to purchase small items, such as a cup of coffee or a sandwich, for an elected official. Other people, such as lobbyists and their employers, are prohibited from doing so. Do you believe that all of these people should be treated the same under the law?**

| | |
|---|---:|
| Strongly Agree | 61.46% |
| Somewhat Agree | 12.44% |
| Unsure / Don't know | 12.90% |
| Somewhat Disagree | 6.37% |
| Strongly Disagree | 6.83% |

Survey 2016-04 Unw Top Lines

**Q7 Please listen carefully to the following 3 statements, and then choose which one best represents your opinion about small gifts to elected officials:**

| | |
|---|---|
| Corporate officers or union officials are just as likely to be buying favor or influence, and the law prohibiting a legislator from receiving anything, even a cup of coffee, should apply to everyone. | 33.99% |
| A small gift like a cup of coffee or a sandwich should be permitted if it is part of having a conversation, so long as it is under $100 total over the course of a year. | 37.94% |
| The law is written correctly, and should prohibit a lobbyist from buying a legislator a cup of coffee, while letting corporate officers or union officials do so. | 28.07% |

**Q8 How strongly do you feel about the selection you made in the previous question?**

| | |
|---|---|
| Very Strongly | 57.81% |
| Somewhat Strongly | 29.14% |
| Not Very Strongly | 8.65% |
| Don't Really Care | 4.40% |

**Q9 If this law were to change, and all people, including lobbyists, were allowed to give small gifts under a certain dollar amount per year, what do you believe is the most that those gifts should be worth, before it contributes to corruption or its appearance?**

| | |
|---|---|
| Less than $25 per year | 46.43% |
| Between $25 and $50 per year | 14.57% |
| Between $50 and $100 per year | 13.05% |
| More than $100 per year | 2.73% |
| Don't change the law | 16.39% |
| Unsure | 6.83% |

**Q10 With which political party do you associate:**

| | |
|---|---|
| Democratic Party | 41.43% |
| Republican Party | 37.18% |
| Independent / Other | 11.38% |
| Unsure / Prefer not to say | 10.02% |

Survey 2016-04 Unw Top Lines

**Q11 Do you live in the city, the suburbs, or the country?**
| | |
|---|---:|
| City | 33.23% |
| Suburbs | 26.25% |
| Country | 39.00% |
| Unsure / Prefer not to say | 1.52% |

**Q12 Have you ever contributed to a political campaign?**
| | |
|---|---:|
| Yes | 38.09% |
| No | 54.93% |
| Unsure / Prefer not to say | 6.98% |

**Q13 Are you a man or a woman?**
| | |
|---|---:|
| Man | 44.31% |
| Woman | 55.69% |

**Q14 Please identify to which age group you belong:**
| | |
|---|---:|
| 18 to 35 | 1.82% |
| 36 to 50 | 11.23% |
| 51 to 65 | 32.47% |
| Over 65 | 51.29% |
| Prefer not to say | 3.19% |

**Q15 Please identify which group includes your household income:**
| | |
|---|---:|
| Under $25,000 per year | 20.94% |
| Between $25,000 and $50,000 per year | 29.74% |
| Between $50,000 and $75,000 per year | 16.39% |
| Between $75,000 and $100,000 per year | 7.13% |
| Over $100,000 per year | 9.26% |
| Prefer not to say | 16.54% |

|    |                                                                                                                                                                                                                                                                                                                                                                                                                                  | DEM    | REP    | OTH    | REF    |
|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|--------|--------|--------|
| Q1 | Please choose if you agree or disagree with the following statement: If all campaign contributions are reported and publicly available, those contributions will not lead to corruption or its appearance. | | | | |
|    | Strongly Agree                                                                                                                                                                                                                                                                                                                                                                                                                    | 27.47% | 28.98% | 22.67% | 19.70% |
|    | Somewhat Agree                                                                                                                                                                                                                                                                                                                                                                                                                    | 27.11% | 27.35% | 33.33% | 21.21% |
|    | Unsure / Don't know                                                                                                                                                                                                                                                                                                                                                                                                               | 24.54% | 26.53% | 24.00% | 28.79% |
|    | Somewhat Disagree                                                                                                                                                                                                                                                                                                                                                                                                                 | 5.13%  | 6.12%  | 16.00% | 10.61% |
|    | Strongly Disagree                                                                                                                                                                                                                                                                                                                                                                                                                 | 15.75% | 11.02% | 4.00%  | 19.70% |
| Q2 | Contributions to political candidates are limited to $1000 per election, and must be reported and are made publicly transparent on state-operated websites. This information includes the who, what, and how much, regarding these contributions. Do you believe that such reporting and transparency prevents corruption or its appearance? | | | | |
|    | Strongly Agree                                                                                                                                                                                                                                                                                                                                                                                                                    | 38.10% | 35.10% | 33.33% | 21.21% |
|    | Somewhat Agree                                                                                                                                                                                                                                                                                                                                                                                                                    | 25.27% | 31.84% | 25.33% | 18.18% |
|    | Unsure / Don't know                                                                                                                                                                                                                                                                                                                                                                                                               | 14.65% | 11.84% | 9.33%  | 18.18% |
|    | Somewhat Disagree                                                                                                                                                                                                                                                                                                                                                                                                                 | 8.42%  | 4.90%  | 17.33% | 19.70% |
|    | Strongly Disagree                                                                                                                                                                                                                                                                                                                                                                                                                 | 13.55% | 16.33% | 14.67% | 22.73% |
| Q3 | The U.S. Supreme Court's ruling in "Citizen's United" has led to the creation of so-called "SuperPACS." These organizations can raise and spend unlimited amounts to influence elections in Kentucky, without any public reporting of who donates to them or how they spend money. Critics say that this so-called "Dark Money" is causing corruption in politics. Do you believe that "Dark Money" contributes to corruption or its appearance? | | | | |
|    | Strongly Agree                                                                                                                                                                                                                                                                                                                                                                                                                    | 77.66% | 75.51% | 74.67% | 71.21% |
|    | Somewhat Agree                                                                                                                                                                                                                                                                                                                                                                                                                    | 9.52%  | 11.02% | 9.33%  | 12.12% |
|    | Unsure / Don't know                                                                                                                                                                                                                                                                                                                                                                                                               | 8.42%  | 5.71%  | 9.33%  | 10.61% |
|    | Somewhat Disagree                                                                                                                                                                                                                                                                                                                                                                                                                 | 1.10%  | 2.86%  | 2.67%  | 1.52%  |
|    | Strongly Disagree                                                                                                                                                                                                                                                                                                                                                                                                                 | 3.30%  | 4.90%  | 4.00%  | 4.55%  |

**Q4** Some candidates for political office have found that they must spend more money to defend against anonymous attacks from SuperPACs. In Kentucky, candidate donation limits were set over 20 years ago and do not change with inflation. Because of these SuperPACs, some have proposed raising the personal donation limit from $1000 per election to $2,500 per election. These donations would still be reported and made available to the public. Do you believe that increasing this limit to $2500 per election, as long as it continues to be transparent, reported, and available to the public, would not contribute to corruption or its appearance?

| | | | | |
|---|---|---|---|---|
| Strongly Agree | 28.94% | 30.61% | 25.33% | 19.70% |
| Somewhat Agree | 34.43% | 27.35% | 38.67% | 19.70% |
| Unsure / Don't know | 10.99% | 18.78% | 9.33% | 28.79% |
| Somewhat Disagree | 13.55% | 6.94% | 12.00% | 9.09% |
| Strongly Disagree | 12.09% | 16.33% | 14.67% | 22.73% |

**Q5** If a campaign contribution from an interest group, lobbyist, constituent, or any other citizen is reported and the information is publicly available, these contributions will not contribute to corruption or its appearance.

| | | | | |
|---|---|---|---|---|
| Strongly Agree | 22.34% | 23.27% | 10.67% | 9.09% |
| Somewhat Agree | 33.70% | 28.57% | 34.67% | 25.76% |
| Unsure / Don't know | 19.41% | 21.63% | 26.67% | 28.79% |
| Somewhat Disagree | 10.99% | 13.06% | 16.00% | 6.06% |
| Strongly Disagree | 13.55% | 13.47% | 12.00% | 30.30% |

**Q6** Current Kentucky law allows most business executives and most Union leaders to purchase small items, such as a cup of coffee or a sandwich, for an elected official. Other people, such as lobbyists and their employers, are prohibited from doing so. Do you believe that all of these people should be treated the same under the law?

| | | | | |
|---|---|---|---|---|
| Strongly Agree | 60.07% | 66.12% | 54.67% | 57.58% |
| Somewhat Agree | 16.12% | 8.98% | 13.33% | 9.09% |
| Unsure / Don't know | 10.99% | 13.47% | 9.33% | 22.73% |
| Somewhat Disagree | 7.33% | 3.27% | 13.33% | 6.06% |
| Strongly Disagree | 5.49% | 8.16% | 9.33% | 4.55% |

**Q7 Please listen carefully to the following 3 statements, and then choose which one best represents your opinion about small gifts to elected officials:**

| | | | | |
|---|---|---|---|---|
| Corporate officers or union officials are just as likely to be buying favor or influence, and the law prohibiting a legislator from receiving anything, even a cup of coffee, should apply to everyone. | 32.97% | 33.88% | 37.33% | 34.85% |
| A small gift like a cup of coffee or a sandwich should be permitted if it is part of having a conversation, so long as it is under $100 total over the course of a year. | 38.46% | 40.82% | 33.33% | 30.30% |
| The law is written correctly, and should prohibit a lobbyist from buying a legislator a cup of coffee, while letting corporate officers or union officials do so. | 28.57% | 25.31% | 29.33% | 34.85% |

**Q8 How strongly do you feel about the selection you made in the previous question?**

| | | | | |
|---|---|---|---|---|
| Very Strongly | 56.04% | 57.14% | 62.67% | 62.12% |
| Somewhat Strongly | 30.40% | 31.02% | 28.00% | 18.18% |
| Not Very Strongly | 9.16% | 7.35% | 8.00% | 12.12% |
| Don't Really Care | 4.40% | 4.49% | 1.33% | 7.58% |

**Q9 If this law were to change, and all people, including lobbyists, were allowed to give small gifts under a certain dollar amount per year, what do you believe is the most that those gifts should be worth, before it contributes to corruption or its appearance?**

| | | | | |
|---|---|---|---|---|
| Less than $25 per year | 47.62% | 44.90% | 49.33% | 43.94% |
| Between $25 and $50 per year | 14.29% | 16.33% | 14.67% | 9.09% |
| Between $50 and $100 per year | 12.82% | 12.24% | 13.33% | 16.67% |
| More than $100 per year | 2.20% | 3.67% | 4.00% | 0.00% |
| Don't change the law | 16.48% | 15.51% | 12.00% | 24.24% |
| Unsure | 6.59% | 7.35% | 6.67% | 6.06% |

| Q10 With which political party do you associate: | | | | |
|---|---|---|---|---|
| Democratic Party | 100.00% | 0.00% | 0.00% | 0.00% |
| Republican Party | 0.00% | 100.00% | 0.00% | 0.00% |
| Independent / Other | 0.00% | 0.00% | 100.00% | 0.00% |
| Unsure / Prefer not to say | 0.00% | 0.00% | 0.00% | 100.00% |
| **Q11 Do you live in the city, the suburbs, or the country?** | | | | |
| City | 42.12% | 25.31% | 28.00% | 31.82% |
| Suburbs | 23.44% | 27.35% | 36.00% | 22.73% |
| Country | 33.33% | 46.53% | 36.00% | 37.88% |
| Unsure / Prefer not to say | 1.10% | 0.82% | 0.00% | 7.58% |
| **Q12 Have you ever contributed to a political campaign?** | | | | |
| Yes | 40.29% | 40.00% | 33.33% | 27.27% |
| No | 51.65% | 55.92% | 56.00% | 63.64% |
| Unsure / Prefer not to say | 8.06% | 4.08% | 10.67% | 9.09% |
| **Q13 Are you a man or a woman?** | | | | |
| Man | 39.56% | 47.76% | 54.67% | 39.39% |
| Woman | 60.44% | 52.24% | 45.33% | 60.61% |
| **Q14 Please identify to which age group you belong:** | | | | |
| 18 to 35 | 1.83% | 1.63% | 1.33% | 3.03% |
| 36 to 50 | 8.42% | 11.02% | 21.33% | 12.12% |
| 51 to 65 | 28.21% | 37.14% | 33.33% | 31.82% |
| Over 65 | 59.34% | 46.94% | 38.67% | 48.48% |
| Prefer not to say | 2.20% | 3.27% | 5.33% | 4.55% |

| Q15 Please Identify which group includes your household income: | | | | |
|---|---|---|---|---|
| Under $25,000 per year | 27.11% | 16.33% | 14.67% | 19.70% |
| Between $25,000 and $50,000 per year | 27.47% | 31.43% | 36.00% | 25.76% |
| Between $50,000 and $75,000 per year | 17.58% | 19.18% | 10.67% | 7.58% |
| Between $75,000 and $100,000 per year | 6.59% | 8.16% | 6.67% | 6.06% |
| Over $100,000 per year | 6.59% | 9.80% | 14.67% | 12.12% |
| Prefer not to say | 14.65% | 15.10% | 17.33% | 28.79% |