Report on Kentucky Campaign Finance Contribution Limits, Clark Bensen, June 2016, page 1

## Report on Kentucky Campaign Finance Contributions

### Schickel, et al. v. Dilger, et al., E.D. Ky.

### June 17, 2016

### Clark Bensen

I hereby submit this report in the captioned litigation for consideration on behalf of the plaintiffs. This report summarizes campaign finance information obtained from or supplied by the Kentucky Registry of Election Finance as part of their normal operations. Additional information was obtained from state authorities and compiled independently relating to election results and related information. I am personally responsible for all data development to convert this raw data into a format suitable for analysis.

In the past four years I have submitted a report or been deposed with respect to any campaign finance litigation in only two cases in which I prepared a report, was deposed, and testified: 1) Lair v. Bullock, D. Mont., in which I participated during the fall of 2012; and 2) Downing, et al. v. Dauphinais, et al., D. Alaska 2016. I have been involved in other litigation over the past decade though those cases related to redistricting. In the past four years I have been deposed in two cases, one a redistricting case in New Mexico and one a local redistricting case in California relating to the City of Santa Clarita; no report was prepared by me in either case.

My level of compensation is a variable scale depending upon the work involved. My rates are: for data development $150 per hour; for data programming $225 per hour; and for preparation of a report or testimony $300 per hour. The fees are due irrespective of the opinions reached.

This report consists of my curriculum vita attached hereto as attachment A; an Appendix of Summary Tables as attachment B; an Appendix of Data Listings as attachment C.

Submitted by:

_[signature]_
Clark Bensen