# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION (Covington)

*ELECTRONICALLY FILED*

**JOHN SCHICKEL, Kentucky State Senator, et al.**                              **PLAINTIFFS**

**v.**                                                        **CIVIL ACTION NO. 2:15-CV-155**

**CRAIG C. DILGER, Chairman, Kentucky**
**Registry of Election Finance, in his official capacity; et al.**              **DEFENDANTS**

## ORDER

Motion having been made by Defendants, Craig C. Dilger, in his official capacity as Chairman of the Kentucky Registry of Election Finance (KREF or Registry), Terry Naydan, Rosemary F. Center, Reid Haire, Robert D. Mattingly, Chastity Ross, Thomas B. Stephens, each in his or her official capacity as a Member of the Registry (collectively Registry Members), and John R. Steffen (Steffen), in his official capacity as Executive Director of the Registry (collectively KREF Defendants), for summary judgment under FED. R. CIV. P. 56(a), and the court being otherwise sufficiently advised:

**IT IS ORDERED:**

Plaintiffs fail to present a genuine issue as to a material fact regarding the constitutionality of the challenged campaign finance limits found in KRS 121.150. Therefore, the KREF Defendants' Motion for Summary Judgment is **GRANTED.**

All of Plaintiffs' claims against the above KREF Defendants are hereby **DISMISSED WITH PREJUDICE.** This is a final and appealable order, and there is no just cause for delay.

DATED: