09/08/2016   12:50 FRONT SERVICE DESK                                    (FAX)859 980 0136       P.001/001

# NOTICE OF CANDIDATE WITHDRAWAL

RECEIVED AND FILED
DATE September 8, 2016

To: Mary Sue Helming
(Filing Officer)

ALISON LUNDERGAN GRIMES
SECRETARY OF STATE
COMMONWEALTH OF KENTUCKY
BY _Mary Sue Helm_

I, **Leah King** (Name of Candidate), who resides at

**4892 Dartmouth Dr   Burlington   KY   41005   Boone**
(Candidate's Residential Address) (City) (Zip) (County)

filed as a **Independent** (Party) candidate for the office of

**State Senate — Dist 11**
(Office)                              (Division or District No., if applicable)

I hereby state that I will not accept the nomination or election and request the

**Lunderman Grimes** (County Clerk or Secretary of State) to withdraw my name as a candidate for the office listed above.

Dated this day of   **9 / 8 / 16**
                    (Month  Day  Year)

_____
(Signature of Candidate)

STATE OF KENTUCKY

COUNTY OF **Boone**

Subscribed and sworn to before me by **Leah King**
(Name of Candidate)

on this date of   **09   08   2016**
                 (Month) (Day) (Year)

_Brandon Luther Webster_     **Oct 28 2019**
(Notary Public)              (Commission Expiration Date)

[Notary Seal: BRANDON WEBSTER, NOTARY PUBLIC - KENTUCKY, STATE-AT-LARGE, My Comm. Expires Oct. 28, 2019, ID 554476]

SBE/SOS/05 (08/06)

Kentucky

White Copy:    Filing Officer
Canary Copy:   State Board of Elections
Pink Copy:     Kentucky Registry of Election Finance
Goldenrod Copy: Candidate

Received Time Sep. 8. 2016  1:03PM No. 1630

Exhibit A