Dressman Benzinger LaVelle psc

Invoice #: 2215318  
Litigation

January 6, 2017

For professional services rendered through December 31, 2016

## PROFESSIONAL SERVICES

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/01/16 | CBM | Draft litigation hold letter to R. Jones II over P. Hughes' signature line. | .30 | 325.00 | 97.50 |
| 4/01/16 | PRH | Office conference with C. Markus; review subpoenas; telephone conference with R. Jones; telephone conference and email with Beck from LRC; review and finalize litigation hold letters. | 1.10 | 350.00 | 385.00 |
| 4/02/16 | MJE | Research legislative session dates for the Kentucky Senate and House of Representatives. | .20 | 150.00 | 30.00 |
| 4/04/16 | CBM | Review motion to quash, supporting memorandum and proposed order. | .30 | 325.00 | 97.50 |
| 4/04/16 | CBM | Participate in Local Rule 37.1 conference with Plaintiffs' counsel; receipt and review of email from Plaintiffs' counsel with proposal to resolve discovery dispute. | .20 | 325.00 | 65.00 |
| 4/04/16 | MJE | Research the current status of 2016 House Bill 147 in the Kentucky legislature. | .50 | 150.00 | 75.00 |
| 4/04/16 | MJE | Review and revise Motion to Quash Subpoena, Memorandum in Support, and proposed Order granting Motion. | .80 | 150.00 | 120.00 |
| 4/04/16 | MJE | Research for a Sixth Circuit case that stands for the proposition that a viewpoint-based facial challenge can be decided merely by examining the text of the statute. | .50 | 150.00 | 75.00 |
| 4/04/16 | PRH | Review motion to quash and emails with C. Markus regarding same; [redacted] | .60 | 350.00 | 210.00 |
| 4/05/16 | PRH | Review proposed declaration from C. Markus and [redacted] | .20 | 350.00 | 70.00 |
| 4/07/16 | CBM | Detailed email to P. Hughes to send to R. Jones regarding [redacted] | .90 | 325.00 | 292.50 |
| 4/07/16 | CBM | Email communications with Court's law clerk regarding status of dispute regarding subpoenas. | .20 | 325.00 | 65.00 |
| 4/08/16 | PRH | Receipt and review various emails from court and opposing counsel regarding status of declaration and settlement; office conference/email with C. Markus; [redacted] | .80 | 350.00 | 280.00 |
| 4/15/16 | CBM | Email communications with B. Brammell regarding preparation of reply memo in support of motion to quash subpoenas and response to motion to enforce subpoenas. | .10 | 325.00 | 32.50 |



EXHIBIT C

3

Invoice #: 2215318                                                                 January 6, 2017
Litigation

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/15/16 | WHB | Review docket sheet and filings; research issues regarding burden of proving subpoena irrelevant, and facial v. as-applied challenges; begin drafting reply. | 2.80 | 215.00 | 602.00 |
| 4/16/16 | WHB | Review response to Caucuses' motion to quash. | .20 | 215.00 | 43.00 |
| 4/17/16 | WHB | Draft reply to motion to quash, and response in opposition to motion to enforce. | 2.00 | 215.00 | 430.00 |
| 4/18/16 | CBM | Review and revise reply in support of motion of motion to quash; call with B. Brammell regarding same. | .40 | 325.00 | 130.00 |
| 4/18/16 | WHB | Continue drafting reply to motion to quash, and response in opposition to motion to enforce; additional research on contribution history from SRCC to J. Schickel, and Supreme Court cases addressed in Response. | 1.00 | 215.00 | 215.00 |
| 4/19/16 | CBM | Review and revise combined memorandum in support of motions to quash and response in opposition to plaintiffs' motion to enforce. | .50 | 325.00 | 162.50 |
| 4/19/16 | PRH | Review reply regarding motion to quash and ▮▮▮▮▮; office conference with C. Markus. | .70 | 350.00 | 245.00 |
| 4/19/16 | WHB | Follow up research regarding the status of House Bill 147, and burden shifting with regard to opposing non-party subpoenas. | 1.20 | 215.00 | 258.00 |
| 4/20/16 | CBM | Final revisions to combined reply in support of motion to quash and response to motion to enforce subpoenas; office conference with M. Enzweiler regarding e-filing of same; email to P. Hughes with time-stamped copy of same. | .60 | 325.00 | 195.00 |
| 4/20/16 | MJE | Review and revise combined Reply in support of Motion to Quash and response in opposition to Plaintiff's Motion to Enforce. | .60 | 150.00 | 90.00 |
| 4/20/16 | MJE | File the caucuses' joint Reply in support of Motion to Quash and Response in opposition to Plaintiff's Motion to Enforce. | .10 | 150.00 | 15.00 |
| 4/21/16 | CBM | Receipt and review of reply in support of motion to enforce subpoenas; email communications with P. Hughes regarding same. | .30 | 325.00 | 97.50 |
| 4/21/16 | PRH | Receipt and review plaintiffs reply; office conference with C. Markus; ▮▮▮▮▮. | .60 | 350.00 | 210.00 |
| 4/22/16 | CBM | Call with P. Hughes regarding ruling on motion to quash subpoenas' receipt and review of same; prepare draft email to client regarding Court's order granting motion to quash/denying motion to enforce; telephone and email communications with B. Brammell regarding recovery of attorney fees incurred in connection with motions to quash subpoenas. | .70 | 325.00 | 227.50 |

Invoice #: 2215318  
Litigation  
January 6, 2017

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 4/22/16 | PRH | Receipt and review order quashing subpoena; ▮▮▮▮. | .40 | 350.00 | 140.00 |
| 4/22/16 | WHB | Review memorandum order quashing subpoenas, call with C. Markus, and research regarding the collection of attorney's fees. | .80 | 215.00 | 172.00 |
| 4/26/16 | CBM | Receipt and review of objections to Magistrate's order; telephone and email communications with P. Hughes regarding same. | .30 | 325.00 | 97.50 |
| 4/26/16 | WHB | Conversation with C. Markus regarding response to Objections; research regarding whether response to objections is permitted. | .50 | 215.00 | 107.50 |
| 4/27/16 | CBM | Email communications with Plaintiffs' counsel regarding motion for leave to file response to objections and motion for costs and fees; email communications with P. Hughes regarding same; call with B. Brammell regarding preparation of said motions. | .20 | 325.00 | 65.00 |
| 4/27/16 | PRH | Receipt and review email from Atty. C. Wiest regarding withdrawal of objections; emails with C. Markus regarding motion for fees. | .40 | 350.00 | 140.00 |
| 4/29/16 | CBM | Receipt and review of email from C. Wiest with proposal for resolving subpoena dispute; call with P. Hughes regarding same. | .10 | 325.00 | 32.50 |
| 4/29/16 | PRH | Receipt and review email from C. Wiest; office conference with C. Markus; ▮▮▮▮. | .60 | 350.00 | 210.00 |
| 6/08/16 | CBM | Review order requiring response to objection to Magistrate Judge's order quashing subpoenas and conference with B. Brammell regarding same. | .20 | 325.00 | 65.00 |
| 6/08/16 | WHB | Review Magistrate Judge's Opinion and Plaintiff's Objections and begin drafting Response to Objections; conversation with C. Markus regarding strategy. | 2.70 | 215.00 | 580.50 |
| 6/10/16 | WHB | Review deposition transcript of J. Schaaf (KLEC) and exhibits; review Senate republican declaration; search KREF cite to demonstrate information is available publicly. | 2.00 | 215.00 | 430.00 |
| 6/13/16 | WHB | Research/analyze data from KREF website; draft response to Plaintiffs' objections to Magistrate's Order; call with C. Markus regarding same. | 1.80 | 215.00 | 387.00 |
| 6/14/16 | WHB | Draft written response to Plaintiff's Objections to Magistrate Judge's Recommendation. | 2.80 | 215.00 | 602.00 |
| 6/15/16 | EBS | Create Exhibit for Response to Subpoena Request. | .10 | 80.00 | 8.00 |
| 6/15/16 | WHB | Draft written response to Plaintiff's Objections to Magistrate Judge's Recommendation; email C. Markus draft response. | 1.20 | 215.00 | 258.00 |

Invoice #: 2215318  
Litigation

January 6, 2017

| Date | Atty | Description of Services Rendered | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 6/16/16 | CBM | Review and revise response to plaintiffs' objections to magistrate's decision quashing subpoenas; calls with B. Brammell, P. Hughes and K. Wicker regarding same. | .60 | 325.00 | 195.00 |
| 6/16/16 | WHB | Call with C. Markus regarding Draft Response to Objections; begin incorporating changes/updating per conversation. | .40 | 215.00 | 86.00 |
| 6/17/16 | CBM | Review and revise response to Plaintiffs' objections to Magistrate's order; calls with B. Brammell regarding same; ▮▮▮; instructions to D. Gagen for filing of same. | .70 | 325.00 | 227.50 |
| 6/17/16 | WHB | Incorporating additional changes/updating Response to Plaintiff's Objections to Magistrate's Order; calls with C. Markus regarding same; enter Notice of Appearance. | 1.70 | 215.00 | 365.50 |
| 6/21/16 | CBM | Receipt and review of agreed scheduling order. | .10 | 325.00 | 32.50 |
| 6/24/16 | CBM | Receipt and review of Plaintiffs' reply in support of objections to Magistrate Judge's order; email communications with P. Hughes and B. Brammell regarding same. | .20 | 325.00 | 65.00 |
| 6/24/16 | WHB | Download and review Plaintiff's Reply Brief; email C. Markus regarding same. | .20 | 215.00 | 43.00 |
| 6/27/16 | WHB | Call with C. Markus regarding: Reply; Research, review, and analyze new arguments made in reply regarding individual expenditures; begin preparing for hearing. | .80 | 215.00 | 172.00 |
| 6/28/16 | CBM | Call with B. Brammell regarding preparation for 6/30 hearing on Plaintiffs' objections to Magistrate's order. | .20 | 325.00 | 65.00 |
| 6/28/16 | WHB | Research, review, and analyze new arguments made in reply regarding individual expenditures; calls and emails with C. Markus; conversation with K. Wicker regarding hearing; prepare for hearing. | 3.30 | 215.00 | 709.50 |
| 6/29/16 | CBM | Email communications with B. Brammell regarding 6/30 hearing on objections to magistrate's order. | .10 | 325.00 | 32.50 |
| 6/29/16 | WHB | ▮▮▮; prepare for hearing. | 2.20 | 215.00 | 473.00 |
| 6/30/16 | CBM | Email communications with B. Brammell regarding hearing on objections to magistrate's order; J. Bertelsman overruled objections. | .10 | 325.00 | 32.50 |
| 6/30/16 | KW | Hearing; prep for hearing. | .80 | 350.00 | 280.00 |
| 6/30/16 | WHB | Drive to Northern Kentucky for hearing at Covington Courthouse; continue preparing for hearing; attend and argue hearing; email to P. Hughes and C. Markus results; ▮▮▮; return from Covington. | 4.20 | 215.00 | 903.00 |

6

Invoice #: 2215318  January 6, 2017
Litigation

TOTAL FEES: $ 11,792.50

## TIME SUMMARY

| Name | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|
| Christopher B. Markus | Partner | 7.30 | 325.00 | 2,372.50 |
| Kent Wicker | Partner | .80 | 350.00 | 280.00 |
| Patrick R. Hughes | Partner | 5.40 | 350.00 | 1,890.00 |
| Michael J. Enzweiler | Associate | 2.70 | 150.00 | 405.00 |
| William H. Brammell | Associate | 31.80 | 215.00 | 6,837.00 |
| Erin Samwaru | Paralegal | .10 | 80.00 | 8.00 |
| TOTALS | | 48.10 | | $ 11,792.50 |

TOTAL THIS INVOICE  $ 11,792.50