UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| SEN. JOHN SCHICKEL, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 2:15-cv-00155-WOB-JGW |
| CRAIG C. DILGER, et al., | ) ) **AGREED ORDER** |
| Defendants. | ) ) |

The Court, having been advised that Plaintiffs and Non-Party House and Senate Democratic Caucus Campaign Committees have resolved all disputes between and among them relating to their dispute concerning attorney fees, hereby **ORDERS** as follows:

A. The Magistrate Judge's April 24, 2017 Report and Recommendation (D.E. 110) is hereby **VACATED and SET ASIDE**;

B. The Court's May 25, 2017 Order (D.E. 118) is hereby **VACATED and SET ASIDE**;

C. The Plaintiffs' June 2, 2017 Objections (D.E. 120) are **DENIED as MOOT**;

D. The June 2, 2017 declaration submitted by Hon. Jason Kuhlman (D.E. 120-1) is hereby **STRICKEN** from the record;

E. The June 2, 2017 declaration submitted by Hon. Robert A. Winter, Jr. (D.E. 120-2) is hereby **STRICKEN** from the record; and

F. That any and all disputes concerning the issuance of subpoenas to the Non-Party House and Senate Democratic Caucus Campaign Committees have been fully compromised and settled, and are now MOOT.

It is so **ORDERED**.

Have seen and agree to the
terms hereof:


/s/ Robert A. Winter, Jr.
Robert A. Winter, Jr. (KY Bar #78230)
P.O. Box 175883
Fort Mitchell, KY 41017-5883
(859) 250-3337
robertawinterjr@gmail.com


and

/s/ Thomas B. Bruns
Thomas B. Bruns (KY Bar #84985)
4750 Ashwood Drive, Suite 200
Cincinnati, OH 45241
(513) 312-9890

*Attorneys for Plaintiffs*



/s/ Christopher B. Markus
Patrick R. Hughes (KY Bar #85493)
Christopher B. Markus (KY Bar #92613)
William H. Brammell (KY Bar #93766)
Dressman Benzinger LaVelle psc
207 Thomas More Parkway
Crestview Hills, Kentucky 41017
(859) 341-1881
phughes@dbllaw.com
cmarkus@dbllaw.com
bbrammell@dbllaw.com

*Attorneys for the House and Senate Democratic
Caucus Campaign Committees*

645945v1

This 5th day of July, 2017.



Signed By:
*William O. Bertelsman* WOB
United States District Judge